UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAHMATULLAH SAMADI, | CASE NO. C26-1115-KKE |
| Petitioner(s), | ORDER GRANTING MOTION TO APPOINT COUNSEL AND IFP APPLICATION |
| v. | |
| PAMELA BONDI, et al. , | |
| Respondent(s). | |

The Federal Public Defender's Office, on behalf of Petitioner, has filed a petition for writ of habeas corpus (Dkt. No. 1-1), an application to proceed *in forma pauperis* ("IFP") (Dkt. No. 1), and a motion to appoint counsel (Dkt. No. 2).   For the reasons below, the Court: (1) grants Petitioner's request to proceed IFP, and (2) grants his motion to appoint counsel.

To proceed IFP, a litigant must file an affidavit which asserts "the person is unable to pay [filing] fees" and state the "affiant's belief that the person is entitled to redress."  28 U.S.C. § 1915(a).  In support of his request to proceed IFP, Petitioner provides a declaration which asserts that he is presently unemployed.  Dkt. No. 1.  Petitioner lists no sources of income, and the financial officer of the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC"), where Petitioner is detained, certified that Petitioner has $20.23 in his NWIPC trust account.  Federal Public Defender Corey Endo attests to Petitioner's financial eligibility in the

ORDER GRANTING MOTION TO APPOINT COUNSEL AND IFP APPLICATION - 1

motion to appoint counsel. Dkt. No. 2 at 2. Accordingly, the Court will grant Petitioner's application to proceed IFP.

Having reviewed the application to proceed IFP (Dkt. No. 1), petition for writ of habeas corpus (Dkt. No. 1-1), and motion to appoint counsel (Dkt. No. 2), the Court finds that, because of the complex issues involved in this case, the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Further, as required by statute, Petitioner has demonstrated through his IFP application his financial eligibility for such appointment. *See* Dkt. No. 1. Accordingly, the Court will grant Petitioner's request for appointment of counsel. Dkt. No. 2.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Petitioner's application to proceed IFP (Dkt. No. 1) and motion to appoint counsel (Dkt. No. 2) are GRANTED;

(2) IT IS ORDERED that Assistant Federal Public Defender Corey Endo is appointed to represent Petitioner.

Dated this 3rd day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING MOTION TO APPOINT COUNSEL AND IFP APPLICATION - 2