UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAHMATULLAH SAMADI, | CASE NO. C26-1115-KKE |
| Petitioner(s), | ORDER ON IFP APPLICATION |
| v. | |
| PAMELA BONDI, et al. , | |
| Respondent(s). | |

This matter comes upon Petitioner Rahmatullah Samadi's corrected application to proceed *in forma pauperis* ("IFP").  Dkt. No. 9.  The Clerk previously noted deficiencies with Petitioner's original IFP application (including his failure to attach a prison trust statement and sign the proper portion of the application), and directed Petitioner to file a corrected IFP application.  *See* Dkt. No. 4.  The Court nevertheless granted Petitioner IFP status given: (1) his statement that he receives $0 in income per month; (2) his statement that he has $20.23 in his NWIPC trust account; and (3) the Office of the Federal Public Defender's attestation of Petitioner's financial eligibility.  *See* Dkt. No. 5.

The Court finds that Petitioner's newly filed IFP application (Dkt. No. 9) cures the deficiencies identified by the Clerk, and as such, the Court's prior order granting Petitioner IFP status remains effective.

//

ORDER ON IFP APPLICATION - 1

Dated this 17th day of April, 2026.

Kymberly K. Evanson
United States District Judge

ORDER ON IFP APPLICATION - 2